UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>    Plaintiff,<br><br>v.<br><br>PALINDROME HOLDING CORPORATION, et al.,<br><br>    Defendants. | Case No. 4:20-cv-06485-KAW<br><br>ORDER TERMINATING MOTION TO DISMISS<br><br>Re: Dkt. No. 20 |

On November 18, 2020, Defendant Palindrome Holding Corporation filed a motion to dismiss Plaintiff Pomponio's initial complaint. (Dkt. No. 10.) On December 8, 2020, Plaintiff filed an amended complaint. (Dkt. No. 20.)

Under Rule 15(a)(1)(B), a party may amend its pleading once as a matter of course within 21 days of being served with a motion under Rule 12(b). The amended complaint was filed fewer than 21 days after service of the 12(b)(6) motion. Accordingly, the Court terminates the pending motion to dismiss, as the operative complaint is now the amended complaint.

IT IS SO ORDERED.

Dated: December 9, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge