| | |
|---|---|
| 1 | DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903 |
| 2 | MALAKAUSKAS LAW, APC |
|   | 7345 South Durango Drive |
| 3 | Suite B-107-240 |
|   | Las Vegas, NV 89113 |
| 4 | Tel: 866-790-2242 / Fax: 888-802-2440 |
| 5 | daniel@malakauskas.com |
| 6 | *Attorney for Plaintiff*: **Meryl Pomponio** |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **MERYL POMPONIO**, | Case No.: 4:20-cv-06485-KAW |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **PALINDROME HOLDING CORPORATION**, as an entity and doing business as "Subway Gandhi's Sandwiches", **GFROERER-CALIFORNIA LIMITED PARTNERSHIP, CONTRA COSTA CENTRE ASSOCIATION, THE CONTRA COSTA CENTRE VILLAGE TRANSIT ASSOCIATION**, and **DOES** 1-50, Inclusive, | |
| Defendants. | |

**LET THIS HONORABLE COURT TAKE NOTICE:**

Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled **ONLY** as to Defendant **PALINDROME HOLDING CORPORATION**. Plaintiff also requests ninety (90) days in which to file the dismissal in order to ensure that parties are able to perform under the terms of the settlement agreement.

Date: February 12th, 2021                                                                 Respectfully Submitted,

/s/Daniel Malakauskas
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff