DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

LUBNA KHAN JAHANGIRI, *Cal. Bar No.:216736*
JAHANGIRI LAW GROUP, APC
210 Porter Drive, Suite 230
San Ramon, CA 94583
Tel: 925-574-0100 / Fax: 925-307-7086
Email: lubna@thejlawgroup.com

*Attorney for Defendant:* **Palindrome Holding Corporation**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **MERYL POMPONIO**, | Case No.: 4:20-cv-06485-KAW |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| v. | |
| **PALINDROME HOLDING CORPORATION**, as an entity and doing business as "Subway Gandhi's Sandwiches", **GFROERER-CALIFORNIA LIMITED PARTNERSHIP, CONTRA COSTA CENTRE ASSOCIATION, THE CONTRA COSTA CENTRE VILLAGE TRANSIT ASSOCIATION**, and **DOES** 1-50, Inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed, **ONLY** against **PALINDROME HOLDING CORPORATION, WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:  March 29th, 2021                               /s/Daniel Malakauskas_____
                                                      By: Daniel Malakauskas, of,
                                                      MALAKAUSKAS LAW, APC,
                                                      Attorney for Plaintiff

Date:  March 29th, 2021                               /s/Lubna Khan Jahangiri_____
                                                      By: Lubna Khan Jahangiri, of,
                                                      JAHANGIRI LAW GROUP, APC,
                                                      Attorney for Defendant