UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GFROERER-CALIFORNIA LIMITED PARTNERSHIP, et al.,<br><br>　　　　Defendants. | Case No.  4:20-cv-06485-KAW<br><br>**ORDER TO SHOW CAUSE** |

　　　Plaintiff Meryl Pomponio filed the instant suit against Defendants on September 16, 2020. (Dkt. No. 1.)  Pursuant to General Order 56, the last date to complete service on defendants or file a motion for administrative relief from the deadline was November 16, 2020. (Dkt. No. 6.) Plaintiff filed an amended complaint on December 8, 2020, in which he named several new defendants. (Dkt. No. 20.)  To date, Plaintiff has not filed certificate of service for the new defendants, and the majority have not appeared.

　　　Plaintiff is therefore ordered to show cause by December 9, 2022 why this case should not be dismissed for failure to comply with the deadline to complete service on Defendants or to file a Motion for Administrative Relief.  Additionally, by December 9, 2022, Plaintiff shall serve all remaining defendants and file certificates of service. Failure to timely file all documents will result in this case being reassigned to a district judge with the recommendation that it be dismissed for failure to comply with the service deadline.

　　　IT IS SO ORDERED.

Dated: November 17, 2022

KANDIS A. WESTMORE
United States Magistrate Judge